UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joy Alford,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Renton Collections, a Washington Corporation, and Does I-X<br><br>　　　　　　Defendants. | **Case No.  C07-1153**<br><br>**AGREED MOTION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

COMES NOW, Plaintiff and Defendant, by and through their respective counsel and hereby motion this honorable Court for an order dismissing the above numbered case with prejudice.

GOOD CAUSE exists to grant this motion in that the parties have reached a settlement agreement.

WHEREFORE, the parties request that the Court dismiss this matter with prejudice.

Dated this 24th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jay S. Jump
　　　　　　　　　　　　　　　　　　　　　　　Jay S. Jump, WSBA#28262
　　　　　　　　　　　　　　　　　　　　　　　528 2nd Avenue South
　　　　　　　　　　　　　　　　　　　　　　　Kent, WA 98032
　　　　　　　　　　　　　　　　　　　　　　　(253) 479-0241

Motion and Order to Dismiss -  1